UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO.: 18-54310 JWC |
| WYUANNA TAYLOR-JAMES | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |

## CERTIFICATE OF MANNER OF SERVICE
## UNDER BANKRUPTCY RULE 7004

I, David S. Ballard, hereby certify that I am, and all times hereinafter mentioned am, over the age of 18 and that on July 23, 2018, I served a true and correct copy of *Debtor's Notice of Hearing on Modified Chapter 13 Plan and of Deadline for Objections*:

[X]    by Mail Service: **First Class United States Mail,** postage fully pre-paid addressed to:

1. Atlanta Diamond Realty
   Attn: Son Thi Nguyen
   1174 Forest Parkway – Suite D
   Morrow, Georgia 30260

2. Battle Creek Village
   Attn: CEO
   1174 Battle Creek Road
   Jonesboro, Georgia 30236

3. Farmers Home Furniture
   Attn: CEO
   1851 Telfair St.
   Dublin, Georgia 31021

4. Battle Creek Village
   Attn: CEO
   727 South Orange Avenue
   Sarasota, Florida 34236

5. Battle Creek Village
   Attn: The Corporation Company/
   Reg. Agent
   112 North Main Street
   Cumming, Georgia 30040

6. Santander Consumer USA
   Attn: CEO
   1601 Elm Street Suite 800
   Dallas, Texas 75201

**Under penalty of perjury, I declare that the following is true and correct.**

**July 23, 2018**                                        */s/ David S. Ballard*
Date                                                           DAVID S. BALLARD
                                                               Georgia Bar No. 635107
                                                               Attorney for Debtor

113 Glynn Street S.
Fayetteville, Georgia 30214 /Tel: 770-461-4222